ORIGINAL

KAREN P. HEWITT
United States Attorney
ANDREW G. SCHOPLER
Assistant U.S. Attorney
California State Bar No. 236585
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5836 / (619) 235-2757 (Fax)
Email: Andrew.Schopler@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED
08 JAN 16 AM 11:40
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNSEALED AS OF 1/16/08

~~ORDERED SEALED BY COURT~~

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

08 MJ 0132

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate No. _____ |
| Plaintiff, | |
| v. | **MOTION AND ORDER TO FILE COMPLAINT UNDER SEAL AND ORDER THEREON** |
| LEE VAUGHN WALKER (1), aka "Lee Dog", | |
| MELVIN ALEXANDER (2), | |
| JOSE GALVAN RICO (3), aka "Mija", | |
| ELEODORO CASTILLO (4), aka "Onko", | |
| DAPHNE ROSALINDA JACKSON (5), aka Daphne R. Rae, | |
| BERNAL ANTHONY MITCHELL (6), aka "Tony", | |
| ALLEN MATTHEW BAKER Jr. (7), aka "J.R.", aka Tracy Reyard Diggs, aka Marcus Johnson, | |
| MICHAEL DWAYNE TRYALS (8), aka "Texas Mike", aka Michael Tryls, aka Dave Brooks, aka Leon Howard Blair, aka Earl David Hollis, | |
| BOBBY SHAWN LOCKHART (9), aka "Blue", | |
| ALEXANDER WEIR IV (10), aka "Brick", | |
| ALEXANDER WEIR V (11), aka "Lil' Brick", | |
| FELIPE MEDINA (12), | |
| MELVIN ANDRE BIBBS (13), | |
| MARK EDWARD RUNNELS (14), aka "Marky Mark", | |
| Defendants. | |

        The United States, by and through its counsel, KAREN P. HEWITT, United States Attorney, and ANDREW G. SCHOPLER, Assistant U.S. Attorney, respectfully applies to this Honorable Court for an Order sealing the complaint in the above-captioned matter until further notice.

DATED: January 15, 2008.

        Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ Andrew G. Schopler

ANDREW G. SCHOPLER
Assistant U.S. Attorney