```
 1 | KAREN P. HEWITT
    | United States Attorney
 2 | ANDREW G. SCHOPLER
    | Assistant U.S. Attorney
 3 | California State Bar No. 236585
    | United States Attorney's Office
 4 | 880 Front Street, Room 6293
    | San Diego, California 92101-8893
 5 | Telephone: (619) 557-5836 / Fax: (619) 235-2757
    | Email: Andrew.Schopler@usdoj.gov
 6 |
    | Attorneys for Plaintiff
 7 | United States of America
```

|  | UNITED STATES DISTRICT COURT |
|---|---|
|  | SOUTHERN DISTRICT OF CALIFORNIA |

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0256-L |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | NOTICE OF APPEARANCE |
| v. | ) |  |
|  | ) |  |
| LEE VAUGHN WALKER, et al. | ) |  |
|  | ) |  |
| Defendant. | ) |  |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name (If none, enter "None" below)

None.

//

//

//

1 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u> (If none, enter "None" below)

None.

Please call me if you have any questions about this notice.

DATED: February 12, 2008

                                     Respectfully submitted,

                                     KAREN P. HEWITT
                                     United States Attorney

                                     /s/ *Andrew G. Schopler*
                                     ANDREW G. SCHOPLER
                                     Assistant United States Attorney
                                     Attorneys for Plaintiff
                                     United States of America
                                     Email: Andrew.Schopler@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR0256-L |
| Plaintiff, ) | |
| v. ) | |
| ) | CERTIFICATE OF SERVICE |
| LEE VAUGHN WALKER, et al. ) | |
| Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

I, ANDREW G. SCHOPLER, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Mark F. Adams, Esq.  markadamsesq@yahoo.com
2. Lynn H. Ball, Esq. lhball@sbcglobal.net,
3. Douglas C. Brown, Esq. dcbrow@pacbell.net
4. Mary A. Franklin, Esq. gr8lawr21@netzero.com
5. Shaun Kohojayan, Esq. shaun@khojayan.com
6. Benjamin P. Lechman, Esq. benlechman@hotmail.com
7. Stephen D. Lemish, Esq. Slemish785@aol.com
8. Mahir Twefik Sherif, Esq. mahirsherif@sbcglobal.net
9. Stephen Patrick White, Esq. spw1@sbcglobal.net
10. Antonio Yoon, Esq. antonioyoon@cox.net
11. John C. Lemon, Esq. jlemon@san.rr.com

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 12, 2008.

/s/ *Andrew G. Schopler*
ANDREW G. SCHOPLER
Assistant U.S. Attorney