1  Antonio F. Yoon
   California State Bar No. 163961
2  501 W. Broadway, Suite A-387
   San Diego, CA 92101
3  Telephone: (619) 544-0021

4

5  Attorney for Mr. Castillo

6

7                    UNITED STATES DISTRICT COURT

8            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

9

10

11 UNITED STATES OF AMERICA,        )  CASE NO.08cr0256-L
                                    )
12          Plaintiff,              )
                                    )  **EX PARTE APPLICATION FOR**
13                                  )  **ORDER ALLOWING COPY**
                                    )  **CONNECTION TO BILL THE**
14 vs.                              )  **COURT FOR THEIR SERVICES**
                                    )
15                                  )
                                    )
16 ELEODORO CASTILLO,               )
                                    )
17          Defendant.              )
                                    )
18 _____  )

19

20     On January 17, 2008, counsel was appointed to represent Eleodoro Castillo in this

21 case. This case involves a complex investigation by the United States, which resulted in

22 the following discovery to date: over 8,000 pages and more than 25 compact discs.

23 Although defense counsel must review this discovery to provide competent representation,

24 the discovery will cost over seven hundred dollars. Mr. Castillo requests an order allowing

25 Copy Connection to bill the Court directly for the discovery

26     Counsel requests that this Court authorize the payment of costs in the amount of

27 $764.67 payable directly to Copy Connection upon receipt of their CJA-21 voucher. This

28 requests covers the last discovery order put out by the government. The orders include

   audio recordings and miscellaneous reports. Counsel requests that this order include future

1    payments to Copy Connection when additional discovery becomes available.

2

3    DATED: April 25, 2008                    *s/ Antonio Yoon*

4                                             _____
                                             ANTONIO YOON
5                                             Attorney for Mr. Castillo

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28