1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cr0256-L |
| Plaintiff, | ) | |
| v. | ) | |
| ELEODORO CASTILLO | ) | **ORDER ALLOWING COPY CONNECTION TO BILL THE COURT FOR THEIR SERVICES** |
| Defendant. | ) | |

FOR GOOD CAUSE APPEARING, authorization is made for the payment to Copy Connection for cost in the amount of $764.67 and the cost of any future discovery materials produced by Copy Connection in regard to this case.

IT IS SO ORDERED.

DATED: May 13, 2008

M. James Lorenz
United States District Court Judge